1  Kenton J. Klassen #124118
   **DOWLING AARON INCORPORATED**
2  8080 North Palm Avenue, Third Floor
   P.O. Box 28902
3  Fresno, California 93729-8902
   Tel: (559) 432-4500 / Fax: (559) 432-4590
4  E-mail: kklassen@dowlingaaron.com

5  Attorneys for Plaintiff HOBBS CONTAINER COMPANY, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION

11  HOBBS CONTAINER COMPANY, INC., a          Case No. 1:15-CV-00643-GSA
    California Corporation,
12                                            **NOTICE OF ERRATA AND**
                      Plaintiff,              **CORRECTION TO DOCUMENT 7 FILED**
13                                            **HEREIN; ORDER**
    vs.
14
    SORMA, USA, INC., a California
15  Corporation; ANDREA MERCADINI, an
    individual; DIEGO TAPPARELLI, an
16  individual,

17                    Defendants.

18         TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR

19  RESPECTIVE COUNSEL OF RECORD:

20         The Plaintiff and Defendants in this matter respectfully request that an error be

21  corrected herein so that Document 7 will be consistent with Document 6 on file herein, and that

22  the Tolling Agreement on file as Document 7 shall read, at the signature block, that counsel

23  Sassan Masserat is *Specially Appearing* for *Specially Appearing* defendants DIEGO

24  TAPPARELLI and ANDREA MERCADINI, and shall read as follows:

25  Dated:     June 9, 2015            DOWLING AARON INCORPORATED

26

27                                     By: _____
                                           KENTON J. KLASSEN
28                                         Attorneys for Plaintiff HOBBS
                                           CONTAINER COMPANY, INC.

Dated:     June 9, 2015                MASSERAT LAW GROUP


By: _____
          SASSAN MASSERAT

          Attorneys for Specially Appearing
          Defendants SORMA USA, INC., DIEGO
          TAPPARELLI, ANDREA MERCADINI

          IT IS STIPULATED AND AGREED:

Dated:     July 2, 2015                DOWLING AARON INCORPORATED


By: _____
          KENTON J. KLASSEN

          Attorneys for Plaintiff HOBBS
          CONTAINER COMPANY, INC.


Dated:     July 2, 2015                MASSERAT LAW GROUP


By: _____
          SASSAN MASSERAT

          Attorneys for Specially Appearing
          Defendants SORMA USA, INC., DIEGO
          TAPPARELLI, ANDREA MERCADINI


IT IS SO ORDERED.

      Dated:   **July 7, 2015**          _____**/s/ Gary S. Austin**_____
                                        UNITED STATES MAGISTRATE JUDGE

NOTICE OF ERRATA AND CORRECTION TO DOCUMENT 7 ON FILE HEREIN