# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| HOBBS CONTAINER COMPANY, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SORMA, USA, INC., a California Corporation; ANDREA MERCADINI, an individual; DIEGO TAPPARELLI, an individual,<br><br>Defendants. | Case No. 1:15-CV-00643 LJO GSA<br><br>**ORDER DISMISSING ACTION**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE** |

In accordance with Plaintiff's Notice of Voluntary Dismissal filed on June 26, 2015 (Doc. 8), Defendant SORMA USA, INC., is dismissed from this action *with* prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), each side to bear its own costs and fees (Doc. 8).

Additionally, in accordance with the tolling agreement and order (Docs. 6 and 7), and the stipulation of dismissal filed on July 2, 2015 (Doc. 9), individual defendants, DIEGO TAPPARELLI and ANDREA MERCADINI ("individual defendants"), are dismissed from this action *without* prejudice for the purposes of participating in medication.  Each party shall bear its own attorney's fees and costs. *See*, Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Pursuant to the parties' stipulation (Doc. 9), the Court shall have continuing jurisdiction to enforce and/or to interpret the terms of the agreement upon which this dismissal is based.

IT IS SO ORDERED.

Dated:   **July 9, 2015**              **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE