1  SASSAN J. MASSERAT, SBN 231104
   SMasserat@MasseratLaw.com
2  **MASSERAT LAW GROUP**
   468 North Camden Drive, Second Floor
3  Beverly Hills, California 90210
   Telephone: (310) 601-3034
4  Facsimile:  (310) 943-2315

5  Attorneys for Defendant
   SORMA USA LLC
6

7  KENTON J. KLASSEN, SBN 124118
   **LAW OFFICE OF KENTON J. KLASSEN**
8  8050 North Palm, Suite 300
   Fresno, CA  93711
9  Telephone: (559) 389-5080
   Facsimile:  (559) 389-5900
10 kklassenlaw@gmail.com

11 Attorney for Plaintiff HOBBS CONTAINER
   COMPANY, INC.

12

13                **UNITED STATES DISTRICT COURT**

14       **FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

15 HOBBS CONTAINER COMPANY, INC., a        **CASE NO. 1:15-CV-00643—GSA**
   California Corporation;
16
            Plaintiff,                      **STIPULATION TO CONFIRM CASE IS**
17                                          **DISMISSED WITH PREJUDICE; ORDER**
            vs.                             **THEREON.**
18
   SORMA USA INC., a California Corporation; Trial Date: None set.
19 ANDREA MERCADINI an individual,
   DIEGO TAPPARELLI an individual,
20
            Defendants.
21

22          **TO THIS HONORABLE COURT, ALL PARTIES AND TO THEIR**

23 **ATTORNEY(S) OF RECORD:**

24          Counsel for Plaintiff  HOBBS CONTAINER COMPANY, INC. ("Plaintiff") and

25 counsel for defendant SORMA USA LLC ("Defendant"), stipulate and agree to the following:

26     1.     WHEREAS, the above-titled case has been settled; and

27

28                                          1
   STIPULATION TO CONFIRM CASE IS DISMISSED WITH PREJUDICE; [PROPOSED] ORDER
                                   THEREON

2.    WHEREAS, the court docket states that this case is "CLOSED," but does not reference the case being dismissed with prejudice;

3.    WHEREAS, the parties confirm and represent to the court that they intend to dismiss this case with prejudice as and between all parties herein: Hobbs Container Company, Sorma USA Inc., a California corporation, Andrea Mercadini and Diego Tapparelli, as well as to confirm that the caption used in the dismissal of the case is correct; and

4.    The parties agree that this case, upon the Court's order, shall be dismissed with prejudice.

IT IS SO STIPULATED.

DATED: March 14, 2016          MASSERAT LAW GROUP

By:  /s/  Sassan Masserat

Sassan Masserat, Esq.
Attorneys for Defendant SORMA USA LLC

DATED: March 14, 2016          LAW OFFICE OF KENTON J. KLASSEN

By:  /s/  Kenton J. Klassen

Kenton J. Klassen, Esq.
Attorneys for Plaintiff HOBBS
CONTAINER COMPANY, INC.

## **ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED,**

1.    That case No. 1:15:CV-00643-GSA is hereby dismissed WITH PREJUDICE.

DATED:  March 16, 2016

/s/ John A. Mendez_____

Hon. John A. Mendez

United States District Court Judge

2